# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AZEB HAGOS **TSEGAYE** (Agency # A48-062-687),<br><br>              Plaintiff/Petitioner,<br><br>    v.<br><br>ALBERTO R. GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of Homeland Security; ROBERT J. OKIN, Former Seattle District Director, U.S. Citizenship and Immigration Services; and LAURA LAUGHLIN, Special Agent in Charge, Seattle Division, Federal Bureau of Investigation,<br><br>              Defendants/Respondents. | **Case No. CV-06-242-RSL**<br><br>STIPULATION AND<br>ORDER OF DISMISSAL<br><br>(Note on Motion Calendar June 14, 2006) |

    Petitioner and Respondents hereby STIPULATE AND AGREE that this case may be DISMISSED without prejudice and without award of costs or attorney fees.

    Respectfully submitted on June 14, 2006.

                                                                 /s/ *Bart Klein*
BART KLEIN
WSBA # 10909
Attorney at Law
Attorney for Petitioner

                                                               /s/ *Christopher L. Pickrell*
CHRISTOPHER L. PICKRELL
WSBA # 12787
Assistant United States Attorney
Attorney for Respondents

STIPULATION & ORDER OF DISMISSAL – 1
(CV-06-242-RSL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

| | |
|---|---|
| 1 | ORDER OF DISMISSAL |

2   The parties having so stipulated, the above is SO ORDERED.  The Clerk is directed to
3   send copies of this Order to all counsel of record.
4   DATED this 15th day of June, 2006.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATION & ORDER OF DISMISSAL – 2
(CV-06-242-RSL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101-1271
(206) 553-7970